UNITED STATES of America,
Plaintiff—Appellee,

v.

Sherwin Timothy FARMER,
Defendant—Appellant.

No. 10–6303.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 2, 2010.

Sherwin Timothy Farmer, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherwin Timothy Farmer appeals the district court's order denying Farmer's motion for reconsideration of the denial of Farmer's motion for preparation of transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Farmer,* No. 7:98–cr–00033–jlk–1 (W.D.Va. Feb. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*